1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  EASTERN DISTRICT OF CALIFORNIA

7

8   T.C.E.F., INC., a California          No. 1:14-cv-01893-GEB-BAM
    corporation, dba ALL GREEN
9   COLLECTIVE; TONY F. MONASSAR;
    JABE T. SATTERFIELD;
10                                         **DISMISSAL ORDER**
            Plaintiffs,
11
        v.
12
    COUNTY OF KERN, a political
13  subdivision of the State of
    California; and GREG FENTON
14  Kern County Building
    Official, on behalf of
15  themselves and in the name of
    the People of the State of
16  California; and DOES 1
    through 10, Inclusive;
17
            Defendants.
18

19

20          Plaintiffs were required to respond to an Order filed

21  February 13, 2015, by either filing proof that each defendant was

22  served with process or "a sufficient explanation why service was

23  not completed within [Federal Rule of Civil Procedure 4(m)'s]

24  prescribed service period." (Order 2:10-17, ECF No. 11.) This

25  filing was due no later than April 3, 2015. (Id.) The February

26  13, 2015 Order warned Plaintiffs that failure to make the

27  required showing by this deadline may result in "the unserved

28  defendant(s) and/or this action being dismissed." (Id.)

                               1

1             Plaintiffs failed to respond to the February 13, 2015

2    Order by this deadline, and review of the docket reflects that no

3    proof of service has been filed for either named defendant.

4    Therefore, this action is dismissed, and it shall be closed.

5             IT IS SO ORDERED.

6    Dated:  April 14, 2015

7

8                              _____

9                           GARLAND E. BURRELL, JR.
                             Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28